UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
BATON ROUGE DIVISION

BERNARD RICHARD,

    Plaintiff,

v.

MRS ASSOCIATES,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

## COMPLAINT

BERNARD RICHARD ("Plaintiff"), through attorneys, KROHN & MOSS, LTD., alleges the following against MRS ASSOCIATES, , ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Louisiana, and, therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Baton Rouge, Baton Rouge Parrish, Louisiana.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company located in Westerville, Ohio.

10. Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Upon information and belief, Defendant is collecting from Plaintiff on an alleged debt originally owed to American Honda Finance.

12. Defendant calls Plaintiff up to three times per day on a daily basis.

13. Defendant calls Plaintiff at 225-268-6028 from 888-334-5677 and 800-819-8567 among other numbers.

14. Defendant threatened to sue Plaintiff if he did not pay Defendant. To date, no lawsuit has been filed.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff.

b) Defendant violated §1692d(5) of the FDCPA by repeatedly causing Plaintiff's phone to ring and/or engage in conversation.

c) Defendant violated §1692e(5) of the FDCPA by threatening to sue Plaintiff when Defendant could not or did not intend to take such action.

WHEREFORE, Plaintiff, BERNARD RICHARD, respectfully requests judgment be entered against Defendant, MRS ASSOCIATES, for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

18. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: July 1, 2011

By: /s/ Kelli Denise Mayon
Kelli Denise Mayon
4429 Herrmann Street, Apt. D
Metairie, Louisiana 70006

Krohn & Moss, Ltd.
Attn: Ryan Lee
10474 Santa Monica Blvd. Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 241
Fax: (866) 861-1390
Email: rlee@consumerlawcenter.com

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, BERNARD RICHARD, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF LOUISIANA

Plaintiff, BERNARD RICHARD, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BERNARD RICHARD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

6/17/2011
Date

BERNARD RICHARD